# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | NO. 20-CR-121 |
| : | |
| **RICKY LONG,** : | |
| : | |
| Defendant. : | ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Kindly enter our appearance on behalf of Defendant Ricky Long relating to the above-referenced matter.

                                           Respectfully submitted,

                                           /s/ Patrick A. Casey

Myers, Brier & Kelly, LLP        Patrick A. Casey (PA ID 50626)
425 Spruce Street, Suite 200      pcasey@mbklaw.com
Scranton, PA 18503                 John B. Dempsey (PA ID 88017)
(570) 342-6100                       jdempsey@mbklaw.com
                                         Richard L. Armezzani (PA ID 322804)
Date: July 30, 2020               rarmezzani@mbklaw.com
                                         *Attorneys for Defendant, Ricky Long*

## **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel and parties of record in the manner indicated below on this 30th day of July 2020:

**VIA ECF:**

Todd K. Hinkley
Assistant U.S. Attorney
U.S. Attorney's Office
William J. Nealon Federal Building
Suite 311
Scranton, PA 18501

/s/ Patrick A. Casey