IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | NO. 4:20-CR-00121 |
| | : | |
| **RICKY LONG,** | : | JUDGE BRANN |
| | : | |
| Defendant. | : | ELECTRONICALLY FILED |

## ORDER

NOVEMBER 4, 2020

**BACKGROUND:**

On June 16, 2020, a fifteen-count Indictment was entered against Defendant Ricky Long. On August 5, 2020, Ricky Long was arraigned, entered a plea of not guilty, and was released on his own recognizance. This case is currently scheduled for jury selection and trial on January 4, 2021 with pretrial motions due on or before November 5, 2020.

On November 3, 2020, Defendant, Ricky Long, moved for a 90 day continuance of trial and averred that: (1) the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; (2) failure to grant a continuance of these deadlines would likely result in a miscarriage of justice; and (3) failure to grant a continuance would deny counsel for the Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(A);

3161(h)(7)(B)(i); 3161(h)(7)(B)(iv). Counsel for the Government concurred in this request.

WHEREFORE, IT IS ORDERED that:

1. Jury selection is continued from January 4, 2021 to __April 5, 2021__ at _9_:_30_ _a_.m., in Courtroom No. 1, United States Courthouse and Federal Building, Fourth Floor, 240 West Third Street, Williamsport, PA 17701.

3. The deadline for filing Pre-Trial Motions as set forth in the September 3, 2020 scheduling order shall be continued to __January 5, 2021__.

4. For purposes of the Speedy Trial Act, the period of delay resulting from this continuance is excluded in accordance with 18 U.S.C. §§ 3161(h)(7)(A); 3161(h)(7)(B)(i); 3161(h)(7)(B)(iv).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge