# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | NO. 4:20-CR-00121 |
| | : | |
| RICKY LONG, | : | JUDGE MATTHEW W. BRANN |
| | : | |
| Defendant. | : | ELECTRONICALLY FILED |

## ORDER

**AND NOW**, this 19th day of November 2021, upon consideration of Defendant Ricky Long's Motion for Extension of Time to Respond to Presentence Investigation Report, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Defendant Ricky Long shall serve his response and objections, if any, to the Presentence Investigation Report on or before December 6, 2021.

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge